# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 20, 2025

Mr. Carlos Antonio Delgado
300 S. 4th Street
Suite 600
Los Vehas, NV 89101

    No. 25-60104    Cruz v. Bondi
                          USDC No. A094 287 447

Dear Mr. Delgado,

The following pertains to your proposed sufficient brief electronically filed on May 19, 2025, which remains insufficient. You must make the following corrections within the next 10 days.

Record References: Although your brief contains citations to the record, they are not in proper form. Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original record, whether in paper or electronic form, where the matter is found, using the record citation form as directed by the Clerk of Court, **"ROA.PAGE#", not AR PAGE#.** The use of "id" is not permitted when citing to the record on appeal. (See 5th Cir. R. 28.2.2)

For assistance in preparing the proposed sufficient brief, I have attached a copy of the Record Reference Guide and the briefing notice issued on March 20, 2025. Please refer specifically to the **Guidance Regarding Citations for Administrative Records** in the briefing notice. As instructed therein, the record citation cited at the **bottom left hand side of the page** is the proper citation to be used. Your citations are currently directed to the pagination by the Immigration Office – AR page #.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. **The certificate of service/proof of service on your proposed sufficient brief MUST be dated on the**

**actual date that service is being made.** Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

cc:　Mr. Patrick D. Contreras
　　　Ms. Lindsay M. Corliss
　　　Office of Immigration Litigation

**P.S. to Mr. Delgado – the city information you provided to the court when submitting your admission forms is incorrectly identified a "Los Vehas", when the correct city is "Las Vegas". As it is the responsibility of the attorney to maintain current information, please log in to PACER and update your information through the Utilities menu.**