# Fifth Circuit Court of Appeals Form 1
## Guidance for Record References as directed by the Clerk of Court

Background:   The Fifth Circuit adopted the Electronic Record on Appeal (EROA) as the official record in cases in which the district court created the appellate record on or after August 4, 2013. By an amendment to Fifth Circuit Rule 28.2.2, the court subsequently approved formats parties would use to cite to the new EROA.   When properly cited by the parties, the standardized formats permit a court developed computer program to hyperlink citations to the new EROA, permitting judges ready access to the EROA matters referenced by the parties.

In accordance with Fifth Circuit Rule 28.2.2, the Clerk of Court directs the following for parties referencing the record in briefs and other pleadings.

1.  For records on appeal with USCA5 pagination (records created before the introduction of the EROA), parties will cite to the USCA5 volume and page number, as appropriate.

2.  For records on appeal with EROA pagination the following applies:

   a.  In single record appeals, parties will cite the short citation form, "ROA" followed by a period, followed by the page number.   For example, "ROA.123."

   - To cite to consecutive multiple pages, use a dash, for example:   ROA.123-145, or ROA.123-25

   - To cite to non-sequential pages, use a comma and a space, for example: ROA.123, 145, 156

   - You may also cite to both non-sequential pages and consecutive pages in one cite, for example:   ROA.123, 125, 131-140

   b.  For consolidated appeals with more than one EROA record, parties will cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record they reference, followed by a period, followed by the page of the record.   For example, "ROA.13-12345.123."

3.  For records on appeal with EROA pagination, parties may cite to specific lines within a transcript contained in the record on appeal in the following manner:

   a.  In single record EROA cases.   "ROA" followed by a period, followed by the page number, followed by a colon, followed by the line number(s.)   For Example, ROA.143:22-24 or ROA.143:22-145:10 to mean page 143 starting with line 22 and ending at page 145 ending with line 10.

   b.  In multiple record EROA cases.   "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record they reference, followed by a period, followed

by the page of the record, followed by a colon, followed by the line number(s.) For Example, ROA.13-12345.143:22-24 or ROA.13-12345.143:22-145:10 to mean page 143 starting with line 22 and ending at page 145 ending with line 10.